# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**London Division**

| | | |
|---|---|---|
| Wanda Stidham  *Plaintiff* | ) ) ) | |
| v. | ) ) | Case No.   6:17-cv-00052-GFVT |
| LVNV Funding, LLC  *Defendant* | ) ) ) ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiff hereby gives notice that she is dismissing with prejudice her claims against Defendant LVNV Funding, LLC.

Respectfully submitted,

/s/ James R. McKenzie
**James R. McKenzie**
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
Wanda Stidham

James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
Wanda Stidham

1

**CERTIFICATE OF SERVICE**

    This is to certify that I served a true copy of the foregoing Notice of Voluntary Dismissal via U.S. Mail on the persons at the addresses set forth below this 13th day of June, 2017:

LVNV Funding, LLC  
c/o Corporation Service Company  
2711 Centerville Road, Suite 400  
Wilmington, DE 19808

                                          /s/ James R. McKenzie  
                                          *Counsel for Plaintiff*  
                                          *Wanda Stidham*